**Andrew W. COMSTOCK, Appellant, v. Guy A. THOMPSON, Trustee of New Orleans, Texas & Mexico Railway Company.**

No. 13027.

Circuit Court of Appeals, Eighth Circuit.

March 6, 1945.

William H. Biggs, of St. Louis, Mo., for appellant.

Russell L. Dearmont, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from order of District Court of December 6, 1944, In the Matter of Missouri Pacific Railroad Company, Debtor, No. 6935, denying petition of Andrew W. Comstock for leave to intervene and in the name of Guy A. Thompson, as Trustee of New Orleans, Texas & Mexico Railway Company, Debtor, to file objections to claim of Missouri Pacific Railroad Company, Debtor, against New Orleans, Texas & Mexico Railway Company, Debtor, etc., dismissed at costs of appellant but without taxation of attorneys' statutory docket fee in favor of appellee which is waived, on stipulation of parties.

**Andrew W. COMSTOCK, Appellant, v. Guy A. THOMPSON, Trustee of New Orleans, Texas & Mexico Railway Company.**

No. 13028.

Circuit Court of Appeals, Eighth Circuit.

March 6, 1945.

William H. Biggs, of St. Louis, Mo., for appellant.

Russell L. Dearmont, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from order of District Court of December 26, 1944, In the Matter of Missouri Pacific Railroad Company, Debtor, No. 6935, denying petition of Andrew W. Comstock for order continuing hearing on proposed plan of reorganization of Missouri Pacific Railroad Company, Debtor, scheduled to begin on January 8, 1945, to some later date, etc., dismissed at costs of appellant but without taxation of attorneys' statutory docket fee in favor of appellee which is waived, on stipulation of parties.

**Susumu Harold HIRAVAMA v. UNITED STATES of America, and sixty-one other cases.**

Nos. 2974–3035.

Circuit Court of Appeals, Tenth Circuit.

March 27, 1945.

Samuel D. Menin, of Denver, Colo., and Clyde M. Watts, of Cheyenne, Wyo., for appellants.

Carl L. Sackett, U. S. Atty., and John C. Pickett, Asst. U. S. Attorney, both of Cheyenne, Wyo., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Judgments, 55 F.Supp. 928, affirmed pursuant to a stipulation and on authority of Shigeru Fujii v. United States of America, 10 Cir., 148 F.2d 298.